IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al*, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:15-cv-1452 |
| v. | )<br>)<br>) |
| CHANEY INC., | )<br>) |
| Defendant. | ) |

## **MEMORANDUM OPINION AND ORDER**

THIS MATTER is before the Court on Plaintiffs' Motion for Default Judgment (Doc. 8) pursuant to Federal Rules of Civil Procedure 55(b)(2). Plaintiffs are trustees of multi-employer employee benefit plans known as the National Pension Fund and the International Training Fund. *See* Doc. 13 at 2. Under a collective bargaining agreement between Defendant and United Association Local Union No. 441, the latter of which is not a party to this action, Defendant must contribute to Plaintiffs "certain sums of money for each hour worked by employees of the Defendant covered by the Collective Bargaining Agreement." Doc. 1 at 3; *see* Doc. 13 at 2–3. Claiming that Defendant was delinquent on those contributions, Plaintiffs brought this action under the Employee Retirement Income Security Act of 1974 ("ERISA") §§ 502(g) and 515, which together provide for a cause of action by a fiduciary against a delinquent employer. *See* 29 U.S.C. §§ 1132(g), 1145 (2012); Doc. 13 at 3. This Court has subject-matter jurisdiction over such actions under ERISA § 502(e). *See* 29 U.S.C. § 1132(e) (2012). Plaintiffs sought money damages and an injunction barring future breaches of the collective bargaining agreement. *See*

Doc. 13 at 4–6. Plaintiffs moved for default judgment on April 15, 2016, and Magistrate Judge John F. Anderson recommended judgment for Plaintiffs on April 22, 2016. *See* Doc. 8; Doc. 13.

This Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 13) because it is supported by substantial evidence and applies the proper legal standard. Therefore, Plaintiff's Motion for Default Judgment (Doc. 8) is **GRANTED**.

**IT IS SO ORDERED.**

ENTERED this 22nd day of June, 2016.

Alexandria, Virginia

6/22/2016

_____/s/_____
Gerald Bruce Lee
United States District Judge